# Court of Appeals
# of the State of Georgia

ATLANTA,  January 15, 2025

*The Court of Appeals hereby passes the following order:*

## A25A0860. JOSEPH KELLY v. THE STATE.

Joseph Kelly, who is facing criminal prosecution for computer invasion of privacy, has filed multiple pre-trial motions.[1] On October 11, 2024, the trial court entered three orders addressing the motions, and Kelly seeks to appeal these rulings. We, however, lack jurisdiction.

Under OCGA § 5-6-34 (a) (1), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below." Because this action remains pending before the trial court, Kelly was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to obtain review of the order he seeks to appeal. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989).

---

[1] Kelly's appointed counsel was permitted to withdraw, and the trial court has scheduled a *Faretta* hearing to address Kelly's request for self-representation. See *Faretta v. California*, 422 U. S. 806 (95 SCt 2525, 45 LE2d 562) (1975).

Kelly's failure to comply with the interlocutory appeal procedures deprives us of jurisdiction over this premature direct appeal, which is hereby DISMISSED. See *Boyd*, 191 Ga. App. at 435.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/15/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*